## Commonwealth *v.* Eisenberger, Appellant.

Submitted March 24, 1972. *Richard C. Shay*, Public Defender, for appellant; *D. Richard Eckman*, First Assistant District Attorney, and *Henry J. Rutherford*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.